UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARETHA CROSSON, individually and as the
representative of a class of similarly situated persons,

                                                      Case No.  1:23-cv-1110-NGG-VMS

                Plaintiff,

- against -

                                                      **NOTICE OF SETTLEMENT**

LOGAN HOLLOWELL JEWELRY LLC,

                Defendant.
-----------------------------------------------------------X

        Now comes the Plaintiff, Aretha Crosson, by and through counsel, to provide notice to the Court that the present case has been settled between the parties, and states:

        1.     The parties have reached an agreement in principle and a formal settlement agreement containing the agreed-upon terms is in the process of being finalized. Once the Agreement is fully executed, Plaintiff will submit a Notice of Voluntary Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

        2.     The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

        3.     We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days from today to allow time for the finalization and execution of the formal settlement agreement.

Dated: Scarsdale, New York
            May 17, 2023

                                                  SHAKED LAW GOUP, P.C.
                                                  Attorneys for Plaintiff

                                                  By:  _/s/Dan Shaked_____
                                                      Dan Shaked, Esq.
**Application granted.**                          14 Harwood Court, Suite 415
**So Ordered**                                      Scarsdale, NY 10583
s/Nicholas G. Garaufis                      Tel. (917) 373-9128
**Hon. Nicholas G. Garaufis**            e-mail: ShakedLawGroup@Gmail.com
**Date:**  5/17/23