**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARETHA CROSSON, Individually and as the
representative of a class of similarly situated persons,

                              Plaintiff,

Case No. 1:23-cv-1110-NGG-VMS

- against -

LOGAN HOLLOWELL JEWELRY LLC,

                              Defendants.
-----------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Aretha Crosson, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the entire above-referenced matter against Logan Hollowell Jewelry, LLC.

Dated: Scarsdale, New York
        June 6, 2023

                                      SHAKED LAW GOUP, P.C.
                                      Attorneys for Plaintiff

                                      By: */s/Dan Shaked*
                                        Dan Shaked, Esq.
                                        14 Harwood Court, Suite 415
**So Ordered.**                         Scarsdale, NY 10583
   s/Nicholas G. Garaufis             Tel. (917) 373-9128
                                        e-mail: ShakedLawGroup@Gmail.com
**Hon. Nicholas G. Garaufis**
**Date:** 6/8/23